ACCEPTED
01-13-00447-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 3:03:09 PM
CHRISTOPHER PRINE
CLERK

## Nos. 01-13-00447-CR

In the
Court of Appeals
For the
First Judicial District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/2/2015 3:03:09 PM

CHRISTOPHER A. PRINE
Clerk

───────◆───────

## Nos. 1356098

In the 182nd District Court of
Harris County, Texas

───────◆───────

**SAMUEL ESPINOSA RODRIGUEZ**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

───────◆───────

STATE'S RESPONSE AND MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

───────◆───────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.1(a) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this response to this Court's notice of late brief and motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 182nd District Court of Harris County, Texas, in The State of Texas v. Samuel Espinoza Rodriguez, Cause Numbers 1356098 and 1356099, appellant was charged with evading arrest and with aggravated assault.

2. Appellant was sentenced to fifty year incarceration in the Texas Department of Criminal Justice for evading arrest and to life incarceration in the Texas Department of Criminal Justice for aggravated assault.

3. The State's brief was due on January 20, 2015.

4. On January 28, 2015, this Court issued a notice of late brief.

    a. The State, through the undersigned attorney, intends to file a brief in this case, cause number 01-13-00447-CR.

    b. On January 20, 2015, the undersigned attorney requested an extension of time in which to file the State's brief under this cause number as well as cause number 01-13-00448-CR until February 19, 2015 (see attached appendix).

    c. While the undersigned attorney timely filed an extension for both cases with the same motion, the attorney overlooked that an extension of time absent extraordinary circumstances was only granted in cause number 01-13-00448-CR and not in cause number 01-13-00447-CR.

    d. The undersigned attorney prays that this Court extend the due date for the State's brief until February 19, 2015, the date to which this Court granted an extension for this case's companion cause number.

6. The facts relied upon to explain the need for this extension are:

a) Since the undersigned attorney was assigned this case, the attorney finished writing the State's briefs in the following cases:

(1) Cause Number 01-14-00296-CR, *Bobby Eugene Easley, Appellant v. The State of Texas, Appellee*, which involves three points of error and six volumes of the reporter's record;

(2) Cause Number 01-13-00931-CR, *Melissa Dromgoole, Appellant v. The State of Texas, Appellee*, which involves four points of error and thirteen volumes of the reporter's record;

(3) Cause Number 01-13-00822-CR, *Gregorio Guerrero, Appellant v. The State of Texas, Appellee*, which involves one points of error and three volumes of the reporter's record; and

(4) Cause Number 14-14-00152-CR, *David Dean Harris, Appellant v. The State of Texas, Appellee*, which involves three points of error and fourteen volumes of the reporter's record.

b) The undersigned attorney is also currently engaged in the preparation of the State's Brief in the following appellate cause numbers:

(1) Cause Numbers 01-14-00400-CR, *Timothy Wayne Fisher, Appellant v. The State of Texas, Appellee*, which involves one point of error, with four subpoints of error, and fifteen volumes of the reporter's record;

(2) Cause Number 14-14-00473-CR, *Jimmy Earl Van-Cleave, Appellant v. The State of Texas, Appellee*, which involves two points of error and four volumes of the reporter's record;

(3) Cause Number 01-14-00581-CR, *Brodies E. Myles, Appellant v. The State of Texas, Appellee*, which involves one points of error and four volumes of the reporter's record; and

(4) Cause Number 01-14-00421-CR, *Eric Dewayne Small, Appellant v. The State of Texas, Appellee*, which involves six points of error and eight volumes of the reporter's record.

ii) The undersigned attorney has been out of the office while sick at the end of January and received this Court's notice of late brief only upon returning to the office.

WHEREFORE, the State prays that this Court will grant an extension of time until February 19, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served to appellant by mail on February 2, 2015:

Samuel Espinoza Rodriguez
TDCJ # 1858964
Polunsky Unit-AD. Seg.-Death Row
3872 F.M. 350 South (12-0-75)
Livingston, Texas 77351-8580

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net
curry_alan@dao.hctx.net

Date:  February 2, 2015